JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOAHUA ZHENG,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>REX SPIRITS, INC., a Texas Corporation, et al.<br><br>　　　　Defendants<br><br>AND RELATED COUNTER-CLAIMS | Case No.: 2:13-CV-02398-FMO-VBKx<br><br>ORDER RE STIPULATION RE DISMISSAL AND REMAND OF CASE TO LOS ANGELES COUNTY SUPERIOR COURT |

　　　The Court, having reviewed the Parties' stipulation and good cause appearing therefore, orders as follows:

　　　1. This entire action is dismissed without prejudice;

　　　2. The case is hereby remanded to the Superior Court of California, County of Los Angeles;

　　　3. All hearings currently scheduled concerning this matter are hereby vacated.

　　　IT IS SO ORDERED.

Dated:　May 2, 2013　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　　The Honorable Fernando M. Olguin
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge